UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No: 1:18-CR-58 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| JEREMY MICHAEL GYURNEK | ) | |

# O R D E R

This matter is before the Court on the report and recommendation (the "R&R") of Magistrate Judge Susan K. Lee, recommending the Court deny Defendant Jeremy Michael Gyurnek's motion to suppress evidence. (Doc. 63.) Defendant objects to the R&R. (Doc. 64.) The United States ("the Government") opposes the objection. (Doc. 65.)

The Court has reviewed the transcript of the evidentiary hearing the Magistrate Judge held on July 9, 2019, the exhibits introduced at the hearing, and the briefs the parties filed before and after the R&R issued. For the reasons set out in the accompanying Memorandum, the Court **ACCEPTS** the R&R (Doc. 63). Defendant's motion to suppress (Doc. 51) is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**